BEFORE THE FIRST DIVISION, SEPTEMBER 16, 1938

**No. 39373.**—Protest 920775–G of Michigan Chandelier Co. (Detroit).

Opinion by SULLIVAN, J. On the authority of *Freeman* v. *United States* (T. D. 48683) the liquidation of the entry was held illegal, null, and void because of noncompliance with the mandatory requirements of section 499, Tariff Act of 1930.